

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 8, 2021

VIA ECF
Hon. Paul G. Gardephe
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

**Re: *Yang, et al. v. Mayorkas, et al.*, No. 21 Civ. 2844 (PGG)**

Dear Judge Gardephe:

This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Applications to Register Permanent Residence or to Adjust Status (Form I-485) and Refugee/Asylee Relative Petitions (Forms I-730). On behalf of the government, I write respectfully to request an on-consent extension of time of forty-four days to respond to the complaint (*i.e.*, from June 9, 2021 to July 23, 2021). I also respectfully request that the Court adjourn the July 1, 2021 initial conference to the week of August 2, 2021.

The extension and adjournment are respectfully requested because USCIS has approved the Forms I-485 and, after an interview on June 4, 2021, also approved one of the Forms I-730. Yesterday, USCIS issued a notice of an interview in China regarding the remaining Form I-730 on July 1, 2021, which I have provided to counsel. USCIS thus anticipates that the requested extension will provide it adequate time to conduct the interview in China and then determine what next steps may be necessary with respect to the Form I-730 or to proceed to take adjudicative action, which potentially would render this action moot. This is the government's first request for an extension and an adjournment of the initial conference. Plaintiffs' counsel consents to these requests. I apologize for submitting the request less than two business days before the date for the government's response to the complaint; however, I received the interview notice only yesterday and was unable to confer with counsel until today.

I thank the Court for its consideration of this letter.

Memo Endorsed: This application is granted. The conference scheduled for July 1, 2021 is adjourned to August 19, 2021 at 10:15 a.m.

SO ORDERED.

[signature]

Paul G. Gardephe
United States District Judge

Dated: June 9, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *s/ Michael J. Byars*

MICHAEL J. BYARS
Assistant United States Attorney
Telephone: (212) 637-2793
Facsimile: (212) 637-2786
E-mail: michael.byars@usdoj.gov

cc: Counsel of record (via ECF)